GEORGE DUESDIEKER (SBN 95505)
LAW OFFICE OF GEORGE DUESDIEKER
405 El Camino Real # 107
Menlo Park, California 94025
Telephone:  (650) 566-9529
Facsimile:  (650) 618-1844

Attorney for Plaintiff Kerry Perez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY PEREZ,<br><br>             Plaintiff,<br><br>       v.<br><br>TRANSITAMERICA SERVICES, INC., UMR, INC., and RAILWAY CLAIMS SERVICES, INC.<br>             Defendants. | CASE NO. 3:16-cv-00489-JCS<br><br>**STIPULATION RE:**<br><br>**DISMISSAL WITH PREJUDICE**<br><br>**AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between Plaintiff Kerry Perez and Defendant

TransitAmerica Services, Inc. through their designated counsel of record that the above-captioned

action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure

///

///

///

///

///

///

///

///

-1- Order re:
STIPULATION RE: DISMISSAL WITH PREJUDICE

41(a)(1).  No other party has entered an appearance in this action.

Dated:  April 21, 2016                    LAW OFFICE OF GEORGE DUESDIEKER

/s/_____
George Duesdieker
Attorney for Plaintiff Kerry Perez

Dated: April 21, 2016                     GORDON & REES LLP

By: /s/ Brad Weintraub_____
MICHAEL D. BRUNO
BRAD M. WEINTRAUB
Attorneys for Defendant
TRANSITAMERICA SERVICES, INC.

IT IS SO ORDERED.

DATE:   April 22, 2016.                   _____
                                          UNITED STATES DISTRICT JUDGE

Order re:
-2-     STIPULATION RE: DISMISSAL WITH PREJUDICE