GEORGE DUESDIEKER (SBN 95505)
LAW OFFICE OF GEORGE DUESDIEKER
405 El Camino Real # 107
Menlo Park, California 94025
Telephone: (650) 566-9529
Facsimile: (650) 618-1844

Attorney for Plaintiff Kerry Perez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY PEREZ,<br><br>       Plaintiff,<br><br>   v.<br><br>TRANSITAMERICA SERVICES, INC., UMR, INC., and RAILWAY CLAIMS SERVICES, INC.<br>       Defendants. | CASE NO. 3:16-cv-00489-JCS<br><br>**STIPULATION RE:**<br><br>**DISMISSAL WITH PREJUDICE**<br><br>**AND ORDER THEREON** |

Plaintiff hereby dismisses action with prejudice, as to any remaining claims after the Order On Stipulation Re: Dismissal With Prejudice (ECF 21). The claims remaining in this action pertain to Defendants who have not answered or filed motions for summary judgment.

Dated: April 28, 2016                         LAW OFFICE OF GEORGE DUESDIEKER

                                              /s/_____
                                              George Duesdieker
                                              Attorney for Plaintiff Kerry Perez

        IT IS SO ORDERED.

        DATE: July 5, 2016.                   _____
                                              UNITED STATES DISTRICT JUDGE

                                         -1-    STIPULATION RE: DISMISSAL WITH PREJUDICE